**No. 45826.**—Protest 972018–G of W. X. Huber Co. (Los Angeles).

Opinion by Evans, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong* v. *United States* (5 Cust. Ct. 70, C. D. 372) the protests were sustained.

**No. 45827.**—Protests 990236–G, etc., of Jewett & Sherman Co. (New York).

Opinion by Evans, J. It was stipulated that the merchandise consists of ginger root similar to that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

MAY 7, 1941

**No. 45828.**— —Protest 969776–G(B) of De Fremery & Co. C. D. 455. Plaintiffs' application for rehearing granted.

MAY 8, 1941

**No. 45829.**— .—Protests 979725–G, etc., of Distillers Co., Ltd. C. D. 456. Plaintiffs' application for rehearing granted.

BEFORE THE SECOND DIVISION, MAY 14, 1941

**No. 45830.**— Petition 6013–R of Fred M. Dean (Los Angeles).

Opinion by Tilson, J. The record clearly showing that there was no intention to defraud the revenue or conceal or misrepresent the facts the petition was granted.